JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLI ZIMIREV,<br><br>             Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY AND DOES 1 THROUGH 10,<br><br>           Defendants. | Case No.  CV 17-09165-GW-MRWx<br>[Assigned to Honorable George Wu]<br><br>ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

      The above-referenced action shall be dismissed in its entirety with prejudice as to defendant New York Life Insurance Company, with the parties to bear their own respective attorneys' fees and costs.

      IT IS SO ORDERED.


DATED:  January 2, 2019

_George H. Wu (signature)_

_____
Honorable George H. Wu
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles